IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL 875 |
| This Document Relates to United States District Court for Maryland (See Attachment A) | 92-2987 |

AUG 14 2000

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

Charles R. Weiner